IN THE UNITED STATES COURT OF FEDERAL CLAIMS

|  |  |  |
|---|---|---|
|  | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. |
|  | ) |  |
| THE UNITED STATES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

**<u>NOTICE OF APPEARANCE</u>**

To the Clerk:

    Please enter the appearance of _____, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Commercial Litigation Branch
Civil Division
United States Department of Justice
PO Box 480
Ben Franklin Station
Washington, D.C. 20044


_____

Commercial Litigation Branch
Civil Division

Dated: