# In the United States Court of Federal Claims

No. 19-847C

(Filed July 9, 2019)

```
* * * * * * * * * * * * * * * * * *
                                   *
                                   *
                                   *
HARMONIA HOLDINGS GROUP,            *
LLC,                                *
                                   *
              Plaintiff,            *
                                   *
       v.                           *
                                   *
THE UNITED STATES,                  *
                                   *
              Defendant,            *
                                   *
       and                          *
                                   *
TRILLION TECHNOLOGY                 *
SOLUTIONS, INC.                     *
                                   *
              Defendant–Intervenor. *
                                   *
                                   *
* * * * * * * * * * * * * * * * * *
```

## ORDER

Defendant's unopposed motion pursuant to RCFC 52.2, for a remand of this matter to the procuring agency, is **GRANTED**. Accordingly, this matter is **REMANDED** to the National Telecommunications and Information Administration (the Agency).

Pursuant to RCFC 52.2(b), the Court provides the following directions to the parties on remand:

(1) The remand period shall terminate on **Monday, September 9, 2019,** and proceedings in this case are **STAYED** until that date.

(2)  The Agency shall reconsider the proposal evaluations and award decision at issue in this protest and take any other actions consistent with or in furtherance of that reconsideration.

(3)  The parties shall file a status report on or by **Tuesday, September 10, 2019**, indicating if further proceedings are necessary and, if so, proposing a schedule for such proceedings.

The Clerk is directed to serve a certified copy of this order on Jean L. Mann, Director, Contract Operations Division, Department of Commerce, Enterprise Services Office of Acquisition, Suite A200, 1401 Constitution Ave, NW, Washington, DC 20230.

**IT IS SO ORDERED.**

s/ Victor J. Wolski
**VICTOR J. WOLSKI**
Senior Judge